Anton Ewing
3077 B Clairmont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Anton Ewing, an individual, | Civil Case No. 18CV0094-BTM-JMA |
| Plaintiff, | **PLAINTIFF EWING'S NOTICE OF B&P §6128 CRIMINAL DECEIT BY DEFENDANT'S ATTORNEY AND REQUEST FOR REFERRAL TO STATE BAR FOR PROSECUTION** |
| vs. | |
| SLAC, Inc., a California corporation; *et. al.* | |
| Defendant | |

Plaintiff Anton Ewing hereby notifies the Court that attorneys Michael A

Thurman and Alfred M. De La Cruz have committed the criminal act of deceit

upon the Court in violation of Business and Professions Code §6128.  Request is

hereby made to refer said attorneys to the State Bar for investigation. See attached

exhibits.  Mindy Fincher was served.  She is an officer and director of SLAC.

Dated this 8th day of April, 2018

/S/ *Anton Ewing*
Anton Ewing,
Plaintiff in pro per
anton@antonewing.com

18cv0094

# EXHIBIT A

Case 3:18-cv-00094-BTM-JMA   Document 6   Filed 02/08/18   PageID.100   Page 2 of 9

## I.   PRELIMINARY STATEMENT.

Defendants SLAC, Inc., Adam Owens and Mindy Fincher ("Defendants"), hereby file this Answer to the Complaint (the "Complaint") of Plaintiffs Collette Stark and Anton Ewing ("Plaintiffs").

## II.   GENERAL DENIAL.

Except as expressly admitted herein, Defendants deny each and every allegation made by Plaintiffs, and assert that Plaintiffs have sustained no damages, and have alleged no basis for any relief, whether legal or equitable, whatsoever. In addition, by filing this Answer, Defendants shall not be deemed to have waived service or submitted to the jurisdiction of this Court.

## III.   RESPONSES TO INDIVIDUAL ALLEGATIONS AND PARAGRAPHS IN THE COMPLAINT.

The term "Paragraph" as used herein shall mean the paragraphs set forth in the Complaint.

### A. Responses to "Background" Allegations at pages 1, line 25 (1:25) – 2:15.

Defendants admit that SLAC is a California corporation owned by Defendant Adam Owens ("Owens"). Defendants deny that Defendant Mindy Fincher ("Fincher") is an officer, employee or otherwise affiliated with SLAC, and allege that she has not been properly served with process in this case, and that principles of fairness and due process do not permit jurisdiction over her in this District. She answers this Complaint without waiving these arguments. Defendants deny that they committed any violations of RICO, the TCPA, or the California Invasion of Privacy Act ("CIPA").

### B. Responses to Individual Paragraphs and Allegations in the Complaint:

1. Defendants expressly deny that any texts were sent to Plaintiffs until after Plaintiffs initiated contact with a third-party marketing vendor and asked to be transferred to SLAC's office to obtain more information. Defendants lack sufficient information to admit or deny the remaining allegations of this Paragraph,

DEFENDANTS' ANSWER TO COMPLAINT

# EXHIBIT B

## State of California
### Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FU88032**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-27 2018**

| 1. CORPORATE NAME |
|---|
| SLAC, INC. |

This Space for Filing Use Only

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3712951 |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 1761 N. THIRD ST, SUITE 203, NORCO, CA 92860 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | ADAM OWENS   1761 N. THIRD ST, STE 203, NORCO, CA 92860 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADAM OWENS   1761 N. THIRD ST, STE 203, NORCO, CA 92860 | | | |
| 8. SECRETARY | ADAM OWENS   1761 N. THIRD ST, STE 203, NORCO, CA 92860 | | | |
| 9. CHIEF FINANCIAL OFFICER/ | ADAM OWENS   1761 N. THIRD ST, STE 203, NORCO, CA 92860 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | ADAM OWENS   1761 N. THIRD ST, STE 203, NORCO, CA 92860 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

| 13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: |
|---|

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| CONSULTING |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/27/2018 | HILLARY MOORE | ADMIN | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# EXHIBIT C

14 090145

# State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

S

 118

**FILED**
Secretary of State
State of California

**OCT 2 0 2014**

1. **CORPORATE NAME**
SLAC, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3712951

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 1761 THIRD ST SUITE 201 | NORCO | CA | 92860 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ CEO ADAM OWENS | 110 TRAKEHNER PL | NORCO | CA | 92860 |
| 8. SECRETARY MINDY FINCHER | 7013 FREESIA CT | EASTVALE | CA | 92880 |
| 9. CHIEF FINANCIAL OFFICER/ SCOTT BROWN | 22826 CHARLES ST | WILDOMAR | CA | 92595 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME ADAM OWENS | 110 TRAKEHNER PL | NORCO | CA | 92860 |
| 11. NAME MINDY FINCHER | 7013 FREESIA CT | EASTVALE | CA | 92880 |
| 12. NAME SCOTT BROWN | 22826 CHARLES ST | WILDOMAR | CA | 92595 |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

See Secretary of State's records for exact entity name

14. NAME OF AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS ON CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE  C1592199

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2710 GATEWAY OAKS DR STE 150N | SACRAMENTO | CA | 95833 |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
CONSULTING

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/16/2014 | MINDY FINCHER | SECRETARY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)                                    APPROVED BY SECRETARY OF STATE

# EXHIBIT D

℞₅AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN _____ **District of** _____ CALIFORNIA

COLLETTE STARK, ANTON EWING,
                              Plaintiff (s),

    V.

SLAC, INC. , ET AL.,
                              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  18CV0094 BTM JMA

Notice is hereby given that, subject to approval by the court,  MINDY FINCHER _____ substitutes
                                                                (Party (s) Name)

Alfred M. De La Cruz _____ , State Bar No.  151388 _____ as counsel of record in
              (Name of New Attorney)

place of   Michael A. Thurman, Thurman Legal _____ .
                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Manning & Kass, Ellrod, Ramirez, Trester LLP

    Address:          225 Broadway, Suite 1200, San Diego, CA  92101

    Telephone:        (619) 515-0269 _____ Facsimile  (619) 515-0268

    E-Mail (Optional):  amd@manningllp.com

I consent to the above substitution.

Date:   4-4-18 _____        _____
                                          (Signature of Party (s))

I consent to being substituted.

Date:   April 4, 2018 _____   _____
                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/4/18 _____         _____
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   _____                _____
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# EXHIBIT E

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

COLLETTE STARK, ANTON EWING,
Plaintiff (s),

V.

SLAC, INC. , ET AL.,
Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18CV0094 BTM JMA

Notice is hereby given that, subject to approval by the court, SLAC, INC. substitutes
(Party (s) Name)

Alfred M. De La Cruz , State Bar No. 151388 as counsel of record in
(Name of New Attorney)

place of Michael A. Thurman, Thurman Legal .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Manning & Kass, Ellrod, Ramirez, Trester LLP

Address: 225 Broadway, Suite 1200, San Diego, CA 92101

Telephone: (619) 515-0269 Facsimile (619) 515-0268

E-Mail (Optional): amd@manningllp.com

I consent to the above substitution.

Date: 4-3-18

(Signature of Party (s))

I consent to being substituted.

Date: April 3, 2018

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/03/2018

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# EXHIBIT F

April 8, 2018

Anton Ewing
3077 Clairemont Drive, #372
San Diego, CA 92117


Alfred M. De La Cruz, Esq. #151388
Manning & Kass
225 Broadway, Suite 1200
San Diego, CA 92101
Ph: 619-515-0269; Fax 619-515-0268; amd@manningllp.com

     RE: *Stark vs. Owens, et. al.* 18cv0094-BTM-JMA

Dear Mr. De La Cruz:

     You have a serious issue that needs to be resolved immediately. Your Answer (filed on 2/8/2018 at ECF No. 6) to the Complaint, at page 2, lines 17-21 are false, fraudulent, deceitful and blatant lies. It is a criminal violation for you, as an attorney, to engage in and commit deceit upon the Court and upon a party. You have committed a criminal act.

     Mindy Fincher was properly served with the Summons and Complaint at the SLAC headquarters wherein she was, at the time, holding the position of corporate Secretary and Director. Your Answer declares that your clients "deny that Defendant Mindy Fincher is an officer, employee or otherwise affiliated with SLAC, and allege that she has not been properly served with process in this case..." You are objecting to the jurisdiction of this Court. That is wrong on many levels. It is unprofessional. It is criminal.

     You had Mindy Fincher sign the substitution of attorney form for both herself as an individual defendant and on behalf of SLAC as a corporate defendant. That signature date is April 3, 2018. See enclosed proof. I am bringing you before the Court and the Bar and, if possible, the DA, to answer for your crime.

Regards,

Anton Ewing

# EXHIBIT G

Anton A. Ewing, JD <anton@antonewing.com> 04/08/18 09:26

Print    Cancel

| | |
|---|---|
| **From:** | "Hummell, Charlie" <Charlie.Hummell@calbar.ca.gov> |
| **To:** | "anton@antonewing.com" <anton@antonewing.com> |
| **Received-On:** | Today 08:56 |
| **Subject:** | RE: SLAC, Inc. |
| More... | |

Thanks for sending.

Charlie Hummell

From: Anton@AntonEwing.com [anton@antonewing.com]
Sent: Saturday, April 07, 2018 3:57 PM
To: 'Michael Thurman'
Cc: Hummell, Charlie; amd@manningllp.com
Subject: RE: SLAC, Inc.

Mr. Thurman and Mr. Delacruz:

You have a serious problem.  You state that Fincher is not part of SLAC and then you file documents
and make declarations showing that she is.  This is serious and it is criminal deceit in violation of
B&P §6128.


The below is from the Answer to the Complaint filed by Thurman on behalf of Defendants SLAC, Owens
and Fincher.

Defendants deny that Defendant Mindy
Fincher ("Fincher") is an officer, employee or otherwise affiliated with SLAC, and
allege that she has not been properly served with process in this case, and that
principles of fairness and due process do not permit jurisdiction over her in this
District. She answers this Complaint without waiving these arguments.


The attached "Consent Order Granting Substitution of Attorney" shows Mindy Fincher signing the SLAC
substitution on 4-4-2018.

I also note Thurman's conflicting declarations to the FTC in December 2017 wherein he declared that
Fincher was an officer of SLAC.


The filing of the 2018 Statement of Information shows that you are trying to hide Fincher.   That
was, of course, after I file a State Bar complaint against Thurman about his lies to the Court and
deceit.   Then you idiots go and have Fincher sign the Substitutions like the knuckleheads you are,
now you have to answer to both the Bar and the Court.




Information sought in an administrative subpoena must be "reasonably relevant" to the Commission's
investigation.10 Here, the Commission described the subject of the investigation in the CID Schedule:
Whether [SLAC], Adam Owens, Scott Brown, Mindy Fincher, and others have engaged in deceptive or
otherwise unlawful activity in connection with the marketing, promotion, offering for sale, or sale
of student loan debt relief products or services, as defined herein, in violation of the Federal
Trade Commission Act, 15 U.S.C. §§ 41 et seq., or the Telemarketing Sales Rule, 16 C.F.R. Part 310,
and whether the Commission action to obtain monetary relief would be in the public interest. See also
attached resolution.11

From: Michael Thurman [mailto:Michael@thurman-legal.com]
Sent: Thursday, January 18, 2018 1:45 PM
To: anton@antonewing.com
Subject: SLAC, Inc.

Anton-

Thank you for sending the draft settlement agreement this morning.  I will discuss it with SLAC, Inc.

In the meantime, I have been informed that you appeared at SLAC, Inc.'s office today with a video crew, asking to speak with Mr. Owens.  Given that you have initiated litigation against Mr. Owens and the company, it is important that these issues be resolved through the legal process.  You and any representatives on behalf of you or Ms. Stark or her company are not welcome at SLAC, Inc.'s offices, and you and any others on your behalf should not be there without prior arrangements having been made though my office.  Although I do not expect you will make any further uninvited visits to the SLAC, Inc. office, I have instructed the company to contact the police should a similar attempt be made in the future, and the company and/or Mr. Owens would seek an appropriate restraining order to prevent any further contacts of this kind.

Please direct all further communications and/or contacts relating to SLAC, Inc. and/or Mr. Owens in connection with this matter to me.

Thank you for your cooperation.

Mike

Michael A. Thurman
Thurman Legal
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
(626) 399-6205 (Direct and Cell)
(626) 380-4880 (Facsimile)
michael@thurman-legal.com<mailto:michael@thurman-legal.com>
www.thurman-legal.com<http://www.thurman-legal.com/>